DONALD TRENT, an Infant, by EUGENE TRENT, His Guardian ad Litem, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

EUGENIA E. TRENT, an Infant, by EUGENE TRENT, Her Guardian ad Litem, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

EUGENE TRENT, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

MARY TRENT Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

Argued March 5, 1937; decided March 23, 1937.

*Ralph K. Robertson, Albert M. Kraus* and *John J. Sullivan, Jr.,* for appellant.

*Clayton M. Smith* for respondents.

In each case, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.